Kenneth RIVERA, a/k/a Kenneth Syncere Rivera, a/k/a Kenneth D. Rivera, Plaintiff-Appellant,

v.

Sergeant LEONARD; Officer Ponder, Defendants-Appellees,

and

Scotty Bodiford, Defendant.

No. 16-6892

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

Kenneth Rivera, Appellant Pro Se. Stephanie Holmes Burton, Gibbes & Burton, LLC, Spartanburg, South Carolina, for Appellees.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Rivera appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. Rivera v. Leonard, No. 5:15–cv–01191–DCN, 2016 WL 3364905 (D.S.C. June 17, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED